THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELIJAH F. BERMINGHAM, Respondent, *v.* DEXTER SULPHITE PULP AND PAPER COMPANY, Appellant.

*People ex rel. Bermingham* v. *Dexter Sulphite P. & P. Co.*, 163 App. Div. 935, affirmed.
(Argued November 10, 1914; decided November 24, 1914.)

APPEAL from a judgment, entered May 25, 1914, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department which affirmed an order

of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to permit the relator, a stockholder, to examine its books, records and papers.

*Elon R. Brown* for appellant.

*George W. Reeves* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ. Not voting: CARDOZO, J.